JOHN ZAGAME et al., Respondents, v. ROY SIMMONS, Defendant, and NORMAN SIMMONS, Appellant.— Present — Vaughan, J. P., Kimball, Piper, Wheeler and Van Duser, JJ. [See 285 App. Div. 1216.]

ARTHUR H. BARTLETT, Appellant, v. SERAC REALTY CO., INC., et al., Respondents.— Present — Vaughan, J. P., Kimball, Piper, Wheeler and Van Duser, JJ. [See *ante*, p. 919.]

DAVID MERRITT, Appellant, v. JOHN G. ELLIS et al., Defendants, and WINTHROP STEARNS, INC., Respondent.— Present — McCurn, P. J., Vaughan, Kimball, Piper and Wheeler, JJ. [See 285 App. Div. 1216.]

HYMAN MARK, as Committee of the Person and Property of MAX LEVIN, an Incompetent, Appellant, v. CHARLES V. NASCA, Respondent.— Present — McCurn, P. J., Kimball, Piper, Wheeler and Van Duser, JJ. [See *ante*, p. 921.]

In the Matter of LOUIS S. PIERCE, an Attorney.— All concur. Present — McCurn, P. J., Vaughan, Kimball, Piper and Van Duser, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LAWRENCE MILLS, Appellant.— Motion granted and appeal dismissed.

FRANK CHEPLO, Respondent, v. JOHN MALEK, Appellant.— Motion granted and appeal dismissed, with costs.

ERIE COUNTY BOARD OF SOCIAL WELFARE, Respondent, v. JOHN WARREN, Appellant.— Motion granted and appeal dismissed, with $10 motion costs.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EARNEST PALOR, Appellant.— Motion granted and appeal dismissed.

IVAN NICHOLS, Appellant, v. ROBERT AUCKLAND, SR., Respondent.— Motion granted and appeal dismissed, with costs, together with $10 motion costs.

CLAYTON VAN HOUT, Appellant, v. PRICE FIREPLACE HEATER & TANK CORP. et al., Respondents.— Motion granted and appeal dismissed, with costs, together with $10 motion costs.